UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK D. DAVIS,<br><br>          Plaintiff,<br><br>     vs.<br><br>DAVIDSON HOTEL COMPANY, LLC, a Delaware limited liability company; TOM HARWELL, an individual; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. CV12-6327-CAS(AJWx)<br><br>**[PROPOSED] ORDER RE: DEFENDANT'S *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR DEFENDANT'S MOTION IN LIMINE EXCLUDING WITNESSES**<br><br>[Filed concurrently with *Ex Parte* Application, Memorandum of Points and Authorities, Declaration of Ann Haley Fromholz in support thereof]<br><br>Date:          July 1, 2013<br>Time:         11:00 a.m.<br>Courtroom 5 – Hon. Christina A. Snyder |

   This Court, having reviewed Defendants Davidson Hotel Company LLC and Thomas Harwell's ("Defendants") *Ex Parte* Application, Memorandum of Points and Authorities, Declaration of Ann Haley Fromholz and exhibits thereto, the papers and pleadings on file herein and the oral arguments of defense counsel and Plaintiff Mark D. Davis ("Plaintiff") at the hearing, and good cause appearing, hereby makes the following order:

1  GOOD CAUSE HAVING BEEN SHOWN, Defendants' *ex parte* application is GRANTED AS FOLLOWS:

 1. The Court issues an Order shortening time to hear Defendants' Motion in *Limine,* so that it may be heard at the Pre-Trial Conference on July 1, 2013.

DATED: June 20, 2013

*[signature: Christina A. Snyder]*

CHRISTINA A. SYNDER
UNITED STATES DISTRICT JUDGE