Charles L. Murray III, SBN 195053
444 South Flower St., Suite 1500
Los Angeles, California 90071
Telephone (213) 627-5983
Facsimile (213) 627-6051

Attorney for Plaintiff
MARK D. DAVIS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES

| MARK D. DAVIS, | Case No: CV12-06327 CAS (AJWx) |
|---|---|
| Plaintiff, | JUDGE: HON CHRISTINA A. SNYDER |
| vs. | |
| DAVIDSON HOTEL COMPANY, LLC, a Delaware limited liability company; TOM HARWELL, an individual; and DOES 1-50, inclusive, | **DECLARATION OF CHARLES L. MURRAY III IN SUPPORT OPPOSITION TO DEFENDANTS MOITON IN LIMINE TO EXCLUDE WITNESSES AND EVIDENCE OF DISCRIMINATION** |
| Defendants | |

## DECLARATION OF CHARLES L. MURRAY III

I, Charles L. Murray III, declare as follows:

1. I am counsel of record for Plaintiff MARK D. DAVIS ("DAVIS") in this case.

2. I am a member in good standing of the State Bar of California and have been admitted to practice before this Federal Court in the Central District of California. This declaration is submitted in support of Plaintiff's Opposition to Defendants *Motion in Limine to Exclude Testimony and Witnesses*.

3. I have personal knowledge of the facts set forth below and if called as a

1

witness, I could and would testify to these same facts under oath.

4. On October 17, 2012, Plaintiff's initial disclosures included the identity of <u>TRACY WARD, MOHAMMAD GHAZIZADEH, AND LEILA CLAIRK</u> and their knowledge as to the hostile work environment and harassment of TRACY WARD.

5. Defendants conducted <u>no depositions</u> nor any discovery relating to TRACY WARD, MOHAMMAD GHAZIZADEH, AND LEILA CLAIRK.

6. I understand this declaration is under the penalty of perjury, and I do not want to misrepresent anything. I am certain that at the pre-trial conference on May 21, 2013 I informed Ms. Fromholz that I was reserving my rights to call all witnesses and use all exhibits in my pre-trial disclosures. I have been to trial many times, and I would never preclude any witness or documents at such an early stage.

7. Plaintiff's Initial Trial disclosures on October 17, 2012, pursuant to R. 26, designated Leila Clark and Mohamad Ghazizadeh.

8. Plaintiff's Rule 16-4 Witness List designating Leila Clark and Mohamad Ghazizadeh as wintesses

Executed on June 24, 2013 in Los Angeles, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and understanding.

_____
Charles L. Murray III